UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
Date: 4/16/2024
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 5:24-cr-48-TPB-PRL
18 U.S.C. § 111(a)

MARTIN PEDRO

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 28, 2023, in the Middle District of Florida, the defendant,

**MARTIN PEDRO,**

did knowingly and forcibly assault, resist, oppose, impede, and interfere with a person, F.H., an employee of the United States Department of Justice, Federal Bureau of Prisons, and a person designated in 18 U.S.C. § 1114, while that person was engaged in and on account of the performance of his official duties, and the act described above did involve physical contact with the employee of the United States Department of Justice and person designated in 18 U.S.C. § 1114.

In violation of 18 U.S.C. § 111(a)

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Sarah Swartzberg*
Sarah Janette Swartzberg
Assistant United States Attorney

By: *[signature]*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

2

FORM OBD-34
April 24

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

MARTIN PEDRO

INDICTMENT

Violations: 18 U.S.C. § 111(a)

A true bill,

███████████
Foreperson

Filed in open court this 16th day

of April 2024.

_M. Taylor_
Clerk

Bail $ _____

GPO 863 525